187 So.2d 445

**John VELA**

**v.**

**Mario SLAVICH.**

No. 48232.

June 22, 1966.

In re: Mario Slavich applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 595.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

FOURNET, C. J., and SANDERS and SUMMERS, JJ., are of the opinion the writ should be granted.